Filed 9/2/21  P. v. Carranza CA5

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>CHARLES CARRANZA,<br><br>    Defendant and Appellant. | F081159<br><br>(Super. Ct. No. PCF389136)<br><br>**OPINION** |

### THE COURT*

APPEAL from a judgment of the Superior Court of Tulare County.  Gary M. Johnson, Judge.

Joshua G. Wilson, under appointment by the Court of Appeal, for Defendant and Appellant.

Office of the State Attorney General, Sacramento, California, for Plaintiff and Respondent.

-ooOoo-

---

* Before Poochigian, Acting P. J., Meehan, J. and Snauffer, J.

## STATEMENT OF APPEALABILITY

This appeal is from a final judgment imposing sentence and is appealable pursuant to Penal Code section 1237,[1] subdivision (a).

## STATEMENT OF THE CASE

A felony complaint filed on November 20, 2019, charged Carranza with unlawful driving or taking of a motor vehicle (Veh. Code, § 10851, subd. (a); count 1).

On February 19, 2020, Carranza pled no contest to count 1 pursuant to a plea agreement. The parties stipulated to a factual basis for the plea. Carranza also pled no contest to various charges in several companion cases.

On March 10, 2020, the trial court denied a request to continue sentencing. As to count 1, the court denied probation and sentenced Carranza to the middle term of two years to run concurrent to a two-year term imposed in case no. PCF392317B. The court imposed a restitution fine of $500, a parole revocation fine of $500, a court operations fee of $40, and a conviction assessment of $30.

On May 11, 2020, Carranza filed a timely notice of appeal. The trial court granted a certificate of probable cause.

This court denied Carranza's motion to consolidate this appeal with appeal no. F081156 by order dated December 16, 2020.

## STATEMENT OF FACTS

According to the probation officer's report, on November 19, 2019, at approximately 9:20 a.m., officers patrolling a Wal-Mart parking lot noticed a blue Honda Civic. Checking the Tulare County "hot sheet," they confirmed that the vehicle had been reported stolen the previous day. Carranza, who was in the driver's seat, told officers he had borrowed car from his friend Luis. While still at the scene, the victim J.H. arrived

---

[1] Unlabeled statutory references are to the Penal Code.

and retrieved her vehicle.  Carranza was arrested and booked into the Tulare County Sheriff's Adult Pre-trial facility.

## APPELLATE COURT REVIEW

Carranza's appointed appellate counsel has filed an opening brief that summarizes the pertinent facts, raises no issues, and requests this court to review the record independently.  (*People v. Wende* (1979) 25 Cal.3d 436.)  The opening brief also includes the declaration of appellate counsel indicating Carranza was advised he could file his own brief with this court.  By letter on February 2, 2021, we invited Carranza to submit additional briefing.  To date, he has not done so.

Having undertaken an examination of the entire record, we find no evidence of ineffective assistance of counsel or any other arguable error that would result in a disposition more favorable to defendant.

## DISPOSITION

The judgment is affirmed.